In the Matter of the Arbitration between PRINCESS ANN GIRL COAT, INC., Respondent, and L. CUCCI SPORTSWEAR CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of JOHN H. LIVINGSTON, JR., an Alleged Incompetent, Appellant. CHARLES A. LIVINGSTON, as Ancillary Committee of the Property of JOHN H. LIVINGSTON, JR., an Alleged Incompetent, et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents, payable out of the funds of the incompetent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

ESTHER HATCHER, Appellant, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK et al., Respondents. CITY OF NEW YORK, Respondent.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

BETTY SMITH, Respondent, v. HERMAN A. SMITH, Appellant.— Order unanimously modified so as to eliminate provision for out-of-pocket disbursements and, as so modified, affirmed, without prejudice to an application to this court by appellant for leave to prosecute the appeal upon typewritten record and points. In the circumstance the relief granted was not warranted. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel and Botein, JJ.

■

CHARLOTTE MINTZ et al., Doing Business under the Name of MINT FACTORS, Respondents, v. JEROME B. DAVID, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

ESTELLE WEILL, Respondent, v. LEON WEILL, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See post, p. 1129.]

■

ARNOLD DEVICES, INC., et al., Respondents, v. LAWRENCE JOHNSON et al., Appellants, et al., Defendant.— Order unanimously modified so as to eliminate the provision for a temporary injunction and set the case down for an early trial. As so modified the order is affirmed. The circumstances here do not appear to warrant the granting of a temporary injunction. However, we do not intend to indicate by this disposition that we have formed any view with respect to the merits of the issues in this action. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.